UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-03412-SPG-MBK | Date | January 29, 2026 |
|---|---|---|---|
| Title | Fernando Jose Juarez Fernandez v. Fereti Semaia, et al. | | |

| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |
|---|---|

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:

**Proceedings:   ORDER RE: SUPPLEMENTAL BRIEFING**

In this habeas action, Petitioner Fernando Jose Juarez Fernandez argues his re-detention by immigration authorities violates procedural and substantive due process. Dkt. 1. On December 17, 2025, this Court issued an order requiring a response to the petition. Dkt. 3. In the order, the Court directed Respondents to file an answer to the petition on or before December 26, 2025, and instructed that the answer should include all substantive and procedural issues that they wish to assert. *Id*. at 2.

On December 24, 2025, Respondents filed "Federal Respondents' Response to Petition." Dkt. 4. The Court noted that the filing did not appear to be responsive to the petition. Dkt. 5. The Court extended Respondents' time to file a supplemental answer to December 31, 2025, and extended Petitioner's deadline to file an optional reply to January 7, 2026. *Id*. Respondents filed their supplemental answer December 31, 2015. Dkt. 6. Petitioner did not file a reply.

On January 27, 2026, the Court granted Petitioner's request for a preliminary injunction and directed the parties to follow the orders of the Magistrate Judge regarding further proceedings. Dkt. 14. The Court will give the parties an opportunity to file a supplemental brief on or before **February 12, 2026,** to address whether these developments affect resolution of the petition. The supplemental briefs shall not exceed five pages. The Court will take the matter under submission thereafter without a hearing. L.R. 7-15.

**IT IS SO ORDERED**.